IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lemond Sr, Mac Arthur

Printed: 9/3/08

Case Number: 07 B 23195
Judge: Hollis, Pamela S
Filed: 12/11/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: June 16, 2008
Confirmed: February 11, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,695.20 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,024.00 |
| Trustee Fee: |  | 172.62 |
| Other Funds: |  | 498.58 |
| Totals: | 3,695.20 | 3,695.20 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 3,024.00 | 3,024.00 |
| 2. | American General Finance | Unsecured | 3,089.40 | 0.00 |
| 3. | AIS Services | Unsecured | 472.60 | 0.00 |
| 4. | Premier Bankcard | Unsecured | 373.85 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 1,282.96 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 214.56 | 0.00 |
| 7. | Consumer Portfolio Services | Unsecured | 4,594.64 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 1,137.75 | 0.00 |
| 9. | Cook County Treasurer | Secured |  | No Claim Filed |
| 10. | Bureau Of Collection Recovery | Unsecured |  | No Claim Filed |
| 11. | JRS-I Inc | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 14,189.76 | $ 3,024.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 172.62 |
|  | _____ |
|  | $ 172.62 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Lemond Sr, Mac Arthur | Case Number: 07 B 23195 |
| | Judge: Hollis, Pamela S |
| Printed: 9/3/08 | Filed: 12/11/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

